No. 81–219.  FIRST WEST VIRGINIA BANCORP., INC., ET AL. *v.* SECURITY NATIONAL BANK & TRUST CO. ET AL.  Appeal from Sup. Ct. App. W. Va. dismissed for want of substantial federal question.

No. 81–504.  SJONG *v.* ALASKA.  Appeal from Sup. Ct. Alaska dismissed for want of substantial federal question.

No. 81–5640.  SPIKES *v.* OHIO.  Appeal from Sup. Ct. Ohio dismissed for want of substantial federal question.